IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED
NOV 2 2 2021
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Donald Feagin
(Enter Above the Name of the Plaintiff in this Action)

vs.

Ali (last name unknown)
(Enter above the name of the Defendant in this Action)

2:21 CV 5444

Judge Sargus

MAGISTRATE JUDGE JOLSON

If there are additional Defendants, please list them:

Lisa Rhees
STOP Inc

## COMPLAINT

I.  Parties to the action:

   Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

   Donald Feagin
   Name - Full Name Please - PRINT

   397 Wrexham Ave
   Street Address

   Columbus, Ohio 43223
   City, State and Zip Code

   (614) 205-8582
   Telephone Number

   If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __Ali (last name unknown)__
   Name - Full Name Please
   __839 W. Broad St, Columbus, Ohio 43222__
   Address: Street, City, State and Zip Code

2. __Lisa Rhees__
   __839 W. Broad St. Columbus Ohio 43222__

3. __STOP Inc__
   __839 W Broad St, Columbus Ohio 43222__

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title __18__ United States Code, Section __241, 242__
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

① I was schedule to take a polygraph test on Nov 3, 2021 at STOP Inc, located at 839 W. Broad St. I took the polygraph at 6:30 pm. I passed the polygraph test on sexual history. Then the polygrapher ask me 5 other questions, one which was have I been with a prostitute. I answered yes. My counselor, along with my P.O. have had this discussion for months.

② That following Monday I went to my P.O, Ms Sims, she asked me why did you say "you picked up prostatues for sex, to give them money to buy drugs". I asked her "where did you get that from". She never answered me, we discussed me allowing women to use me for money, I was vunerable.

③ The next day at STOP Inc, I walk in, the guys was sitting there, we talked about my polygraph test. That told me that I was asked question in the maintenance test too.

④ We went into group meeting, sat down. Ali - counselor ask if anyone had anything to say, I was quiet. Then she said Don passed his polygraph test, and what else Don. I began to tell about my discussion with my P.O.

-3-

Case: 2:21-cv-05444-EAS-KAJ Doc #: 1-1 Filed: 11/22/21 Page: 4 of 5 PAGEID #: 7

Statement of claim continue:

While I was trying to tell the group what my PO, Ms Sims had discussed. Ali broke in and said you told him that you were having sex with prostitutes so they could have money for drugs. I denied saying that. She starting yelling, you did say it. You know that's it's a crime. I told her at that point that I was not going to incriminate myself. I knew she was violating my 5th amendment right to self-incrimination, and Article 14, of the Constitution. I later concluded the she was also in violation of USC Title 18 section 241 and 242 of the constitution. When I told her I was not going around and around about that. She told me ok, if you're not you're terminated from the program. I left immediately.

5. I discovered that she gave another Black member of the group a maintenance test at the same time of his sexual history polygraph, which isn't done. He goes to jail for a period of time. She kept yelling all you do is abuse women. Without proof of that.

Page 4 3 addition

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I want to be made whole. This particular sex offender program has shown me prejudice before on another occasion. I've asked for years to be transfered to another city, but I've been denied. I want to be transfered, and monetary damages awarded.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 15 day of November, 2021.

Ronald Feagin
Signature of Plaintiff