## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**DONALD FEAGIN,**

           **Plaintiff,**

        **v.**

**ALI (Last Name Unknown),** *et al.***,**

          **Defendants.**

          **Case No. 2:21-cv-5444**
          **JUDGE EDMUND A. SARGUS, JR.**
          **Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge (the "Report"). (ECF No. 4.) The time for filing objections has passed, and no objections have been filed to the Report. Thus, the Report is **ADOPTED**, and, for the reasons set forth therein, Plaintiff's complaint is **DISMISSED** in its entirety. (ECF No. 3.) The Court further notes that any appeal in this matter by Plaintiff would not be taken in good faith, and, thus, that Plaintiff cannot proceed on appeal in *in forma pauperis*.

This case shall be closed on the docket of this Court.

**IT IS SO ORDERED.**

**9/6/2022**                         **s/Edmund A. Sargus, Jr.**
**DATE**                              **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**